UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONALD BUZZARD, JR.,<br><br>    Petitioner,<br> v.<br><br>JACK WARNER,<br><br>    Respondent. | CASE NO. 2:25-CV-1581-DGE-DWC<br><br>ORDER TO SHOW CAUSE OR PAY THE FILING FEE |

Petitioner Ronald Buzzard, Jr. has filed a proposed petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an application to proceed *in forma pauperis* ("IFP"). Dkts. 1, 4. Petitioner's IFP application contains a certification from the Monroe Correctional Complex, where he is housed, stating Petitioner has the sum of $85.56 on account to his credit. Dkt. 4 at 2. However, Petitioner submitted a prison trust account statement that shows he has an average spendable balance of $0.00 and that 20% of his spendable account is $0.00. *Id*. at 3. Because it is unclear if Petitioner has funds sufficient to pay the $5.00 filing fee, Petitioner is directed to provide the Court with an explanation as to why he cannot or pay the filing fee.

ORDER TO SHOW CAUSE OR PAY THE FILING
FEE - 1

Accordingly, Petitioner is ordered to show cause why his IFP application should not be denied on or before **October 10, 2025**. In the alternative, Petitioner may pay the $5.00 filing fee before that date.

If Petitioner fails to show cause or pay the filing fee, the Court will recommend dismissal of this matter. The Clerk's Office is directed to re-note Petitioner's IFP Application (Dkt. 4) for October 10, 2025.

Dated this 11th day of September, 2025.

David W. Christel
United States Magistrate Judge

ORDER TO SHOW CAUSE OR PAY THE FILING FEE - 2